No. 3626

Second Circuit

KNIGHTON v. WINLOCK ET AL.

(November 18, 1929. Opinion and Decree.)
(December 31, 1929. Rehearing Refused.)

Kennon & Kitchens, of Minden, attorneys for plaintiff, appellant.

Bertram F. Barnette, of Arcadia, attorney for defendants, appellees.

WEBB, J. This action presents the same issues as presented in the cause of Asa W. Knighton vs. Edwin Winlock et al. (La. App. No. 3594), 124 So. 582, this day decided, and, on the agreement of counsel, the appeal is dismissed at appellant's cost.